NO. SCWC-30692


IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,


vs.


MARCO RODRIGUES, Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30692; CR. NO. 08-1-0293)


ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Toʻotoʻo, due to vacancy)


IT IS HEREBY ORDERED that the opinion filed on October 12, 2012 is corrected as follows:

1. On page 7, third line from the bottom, change "B." to "C.".

2. On page 9, line 9, delete "A.".

3. On page 16, line 19, delete "1.".

4. On page 18, line 11, change "2." to "B.".

5. On page 33, line 14, change "VIII." to "IX."

6. On page 37, line 12, change "IX." to "X."

7. On page 37, seventh line from the bottom, "James S. Tabe" should be added above "Craig W. Jerome" so that the attorney caption now reads:

> "James S. Tabe,
>  and Craig W. Jerome,
>  for petitioner"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, October 26, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Faauuga L. Toʻotoʻo

